STATE OF NEW JERSEY v. CARL G. SAYKO.

January 29, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. ANTONIO PRATTS.

January 29, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. SYLVIO RAIA.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. SHERWIN H. RAYMOND.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE C. RILEY.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. THADDEUS MILLER.

January 29, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY McKINNIS.

January 29, 1976. Petition for certification denied.